IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHERRY AMERSON and
RICHARD AMERSON                                                                          PLAINTIFFS

VS.                                           CASE NO. 15-CV-1020

GEORGIA-PACIFIC LLC;
GEORGIA-PACIFIC CORPORATION;
and JOHN DOES A-Z                                                                        DEFENDANTS

## ORDER

  Before the Court is Plaintiffs' Motion for Voluntary Nonsuit as to Separate Defendant Georgia-Pacific Corporation. ECF No. 9.  Plaintiffs move the Court to dismiss Separate Defendant Georgia-Pacific Corporation from this lawsuit.  Upon consideration, the Court finds that Plaintiffs' motion should be and hereby is **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), Separate Defendant Georgia-Pacific Corporation is **DISMISSED WITHOUT PREJUDICE**.

  IT IS SO ORDERED, this 18th day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge