IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHERRY AMERSON and
RICHARD AMERSON                                                             PLAINTIFFS

VS.                            CASE NO. 1:15-CV-1020

GEORGIA-PACIFIC LLC and
JOHN DOES A-Z                                                               DEFENDANTS

## ORDER

    Before the Court is Plaintiffs' Motion for Nonsuit. (ECF No. 14). Plaintiffs request that the above-styled cause of action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. Defendant Georgia-Pacific LLC states that is has no objection to the motion. (ECF No. 15). Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiffs' Complaint (ECF No. 3) is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 28th day of October, 2015.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge